**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Teefor2, Inc** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4078836** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5460 Vine Street** **Chino, CA 91710** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Bernardino** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Teefor2, Inc**                                                                  Case number (*if known*) _____
        _____
                Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Teefor2, Inc**                                              Case number (*if known*) _____
_____
Name

| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|---|

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

| ■ | **Statistical and administrative information** |
|---|---|

| **13.** | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| **15.** | **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Teefor2, Inc**                                                          Case number (*if known*)
        Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 10, 2021**
                MM / DD / YYYY

**X** **/s/ Larry Lazalde**                                    **Larry Lazalde**
Signature of authorized representative of debtor               Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Stephen R. Wade**                          Date **May 10, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**Stephen R. Wade 79219**
Printed name

**LAW OFFICES OF STEPHEN R. WADE, P. C.**
Firm name

**405 N. Indian Hill Blvd.**
**Claremont, CA 91711**
Number, Street, City, State & ZIP Code

Contact phone   **(909) 985-6500**      Email address   **srw@srwadelaw.com**

**79219 CA**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td><td rowspan="3"></td></tr>
<tr><td>Debtor name</td><td>Teefor2, Inc</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arcaruis dba Express Business Capital Rhett A. Friment 1225 Franklin Ave. Suite 325 Garden City, NY 11530** | | **Loan of Money** | **Disputed** | | | **$413,081.58** |
| **SANMAR SANMAR CORP PO BOX 34060 Seattle, WA 98124** | | **trade Supplier** | | | | **$198,211.50** |
| **Kalamata Capital Group, LLC c/o Ariel Bouskile, Esq. Berkovitch & Bouskila, LLP 80 Broad St., Ste. 3303 New York, NY 10004** | | **Loan of Money** | **Disputed** | | | **$188,574.80** |
| **24 Capital, LLC c/o Jared M. Alfin, Esq. HASSETT & gEORGE, P.C. 945 Hopmeadow St. Simsbury, CT 06070** | | **Loan of Money** | **Disputed** | | | **$154,157.13** |
| **S&S ACTIVEWEAR / GABA GUERRINI LAW 8583 IRVINE CENTER DRIVE #500 Irvine, CA 92618** | | **Trade Supplier** | | | | **$122,968.16** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Teefor2, Inc**_____      Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FERNANDEZ & LAUBY LLP 4590 ALLSTATE DRIVE Riverside, CA 92501** | | **Attorney fees for Plaintiff** | **Disputed** | | | $76,000.00 |
| **AMERICAN EXPRESS PO BOX 0001 Los Angeles, CA 90096** | | **Trade Debt** | | | | $28,422.94 |
| **US BANK CREDIT CARD PO BOX 790408 Saint Louis, MO 63179** | | **business Credit Card** | | | | $17,324.00 |
| **LA APPAREL INC / REPUBLIC BUSINESS 15260 VENTURA BLVD., SUITE #1920 Sherman Oaks, CA 91403** | | **Trade Debt** | | | | $13,374.62 |
| **INDEPENDENT TRADING COMPANY 1341 CALLE AVANZADO San Clemente, CA 92673** | | **trade Supplier** | | | | $12,188.34 |
| **BUSINESS GPS / CAPITOL LAW PARTNERS 183 KEITH STREET Warrenton, VA 20186** | | **Consultant Fee** | **Disputed** | | | $12,000.00 |
| **AMTRUST NORTH AMERICA AMTRUST 800 SUPERIOR AVENUE #E Cleveland, OH 44114** | | **Payroll Tax** | | | | $11,966.15 |
| **IRS Ogden, UT 84201-0046** | | | **Unliquidated** | | | $10,000.00 |
| **StateBoard of Equalization 10760 4th Street, #200 Rancho Cucamonga, CA 91730** | | **Sales Tax** | | | | $8,267.27 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Teefor2, Inc**
_____     Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DLS WORLDWIDE / HONEST FREIGHT 4101 WINFIELD ROAD Warrenville, IL 60555** | | **Freight company** | | | | **$6,668.93** |
| **PRINTGEAR SPORTSWEAR 2951 STURGIS RD Oxnard, CA 93030** | | **trade Supplier** | | | | **$4,637.40** |
| **Californai Departmetn of Tax and Fee Administration 3737 Main Street Riverside, CA 92501** | | **Sales and Use Tax** | | | | **$4,541.85** |
| **San Bernardino County Taxes Tax Collector 268 West Hospitality Ln. 1st Floor San Bernardino, CA 92415** | | | | | | **$1,885.89** |
| **FLOCK FREIGHT FKA  AUPTIX INC PO BOX 357 Voorhees, NJ 08043** | | **freight services** | | | | **$1,618.59** |

Teefor2, Inc
5460 Vine Street
Chino, CA 91710


Stephen R. Wade
LAW OFFICES OF STEPHEN R. WADE, P. C.
405 N. Indian Hill Blvd.
Claremont, CA 91711


24 Capital, LLC
c/o Jared M. Alfin, Esq.
HASSETT & gEORGE, P.C.
945 Hopmeadow St.
Simsbury, CT 06070


AMERICAN EXPRESS
PO BOX 0001
Los Angeles, CA 90096


American Express
c/oFirstSource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


AMTRUST NORTH AMERICA
AMTRUST 800 SUPERIOR AVENUE #E
Cleveland, OH 44114


Arcaruis dba Express Business
Capital Rhett A. Friment
1225 Franklin Ave.
Suite 325
Garden City, NY 11530


Ascentium Capital

BUSINESS GPS / CAPITOL LAW PARTNERS
183 KEITH STREET
Warrenton, VA 20186


Californai Departmetn of Tax
and Fee Administration
3737 Main Street
Riverside, CA 92501


CIT Commercial Services, Inc.
P. O. Box 1036
Charlotte, NC 28201


Continental Business Credit
P. O. Box 60288
Los Angeles, CA 90060


David Feltch Trustee
Broker: Newmark Of Souther CA, Inc.
dba Commercial Real Estetate
3281 E. Guasti Rd. #600
Ontario, CA 91761


DLS WORLDWIDE / HONEST FREIGHT
4101 WINFIELD ROAD
Warrenville, IL 60555


FERNANDEZ & LAUBY LLP
4590 ALLSTATE DRIVE
Riverside, CA 92501


FLOCK FREIGHT  FKA  AUPTIX INC
PO BOX 357
Voorhees, NJ 08043

GENEVA CAPITAL
1311 BROADWAY STREET
Alexandria, MN 56308


Geneva Capital LLC
1311 Broadway St.
Alexandria, MN 56308


GENEVA CAPITAL, LLC
1311 BROADWAY STREET
Alexandria, MN 56308


INDEPENDENT TRADING COMPANY
1341 CALLE AVANZADO
San Clemente, CA 92673


IRS
Ogden, UT 84201-0046



Kalamata Capital Group, LLC
c/o Ariel Bouskile, Esq.
Berkovitch & Bouskila, LLP
80 Broad St., Ste. 3303
New York, NY 10004


LA APPAREL INC / REPUBLIC BUSINESS
15260 VENTURA BLVD., SUITE #1920
Sherman Oaks, CA 91403


Larry  and Ruth Lazalde
5460 Vine St.
Chino, CA 91710

Larry Lazalde
5460 Vine St.
Chino, CA 91710


Larry Lazalde
5460 Vine St.
Monrovia, CA 91017


Lawrence Lazalde
5460 vine Street
Claremont, CA 91711


PRINTGEAR SPORTSWEAR
2951 STURGIS RD
Oxnard, CA 93030


RR Donnelley Logistics Services
Worldwide, Inc.
DBA: DSL Worldide
1000 Windham Parkway
Bolingbrook, IL 60490


S&S ACTIVEWEAR / GABA GUERRINI LAW
8583 IRVINE CENTER DRIVE #500
Irvine, CA 92618


San Bernardino County Taxes
Tax Collector
268 West Hospitality Ln.
1st Floor
San Bernardino, CA 92415


SANMAR
SANMAR CORP PO BOX 34060
Seattle, WA 98124

StateBoard of Equalization
10760 4th Street, #200
Rancho Cucamonga, CA 91730


TForce Worlwide
1000 Windham Parkway
Bolingbrook, IL 60490


US BANK CREDIT CARD
 PO BOX 790408
Saint Louis, MO 63179

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Stephen R. Wade 79219**<br>**405 N. Indian Hill Blvd.**<br>**Claremont, CA 91711**<br>**(909) 985-6500 Fax: (909) 912-8887**<br>California State Bar Number: **79219 CA**<br>**srw@srwadelaw.com** | |
| ■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>   **Teefor2, Inc**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Stephen R. Wade 79219**                                          , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **May 10, 2021** | By:  **/s/ Stephen R. Wade** |
| Date | Signature of Debtor, or attorney for Debtor |

Name:  **Stephen R. Wade 79219**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**